IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| LAMAR McGURN | : | NO. 05-598-12 |

FILED
SEP 30 2010
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

### ORDER

AND NOW, this 30th day of September, 2010, for the reasons stated in the foregoing Memorandum, it is hereby ORDERED as follows:

1. Defendant's Petition for Relief under 28 U.S.C. § 2255 (Doc. No. 624) is DENIED.

2. There is no grounds for the issuance of a certificate of appealability.

BY THE COURT:

Michael M. Baylson, U.S.D.J.

O:\Criminal Cases\05-598 Harris, US v\McGurn 05-598-12 Order 2255 Pet.wpd