IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| LAMAR MCGURN, a/k/a "Alymar" | : | NO. 05-598-12 |

### ORDER

**AND NOW**, this  21st  day of   November  , 2016, upon consideration of the defendant's Motion for Relief Under 28 U.S.C. § 2255, and the government's response to that motion, it is hereby **ORDERED** that the motion is dismissed.  The motion is a second or successive motion under Section 2255 which the defendant has not received permission from the Court of Appeals to file.

There are no grounds for a certificate of appealability.

BY THE COURT:

*/s/ Michael M. Baylson*

**MICHAEL M. BAYLSON**
**United States District Court Judge**

O:\Criminal Cases\05-598-12 mcgurn\05-598 Order on Memorandum.docx